1 | JUSTO G. GONZALEZ (Bar No. 224903)
JGG@stokeslaw.com
2 | STOKES LAWRENCE
VELIKANJE MOORE & SHORE
3 | 120 N. Naches Avenue.
Yakima, Washington 98901-2757
4 | Telephone: (509) 853-3000
5 | Facsimile: (509) 895-0060

6 | Attorneys for Defendants
Green Acre Farms, Inc., and Valley Fruit Orchards, LLC
7 |

8 | UNITED STATES DISTRICT COURT

9 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | C.D. Cal. Case No.: CV-12-9241-DDP (JEMx) |
| Plaintiff, | E.D. Wash. Case No.: CV-11-3045-EFS |
| v. | DECLARATION OF JUSTO G. GONZALEZ |
| GLOBAL HORIZONS, INC., D/B/A GLOBAL HORIZONS MANPOWER, INC,; GREEN ACRE FARMS, INC.; VALLEY FRUIT ORCHARDS, LLC; AND DOES 1-10 INCLUSIVE, | |
| Defendants. | |

DECLARATION OF JUSTO G. GONZALEZ

I, Justo G. Gonzalez, am over the age of 18, have personal knowledge of all the facts stated herein and declare as follows:

1. I am an attorney with Stokes Lawrence Velikanje Moore & Shore, counsel of record for Defendants Green Acre Farms, Inc. and Valley Fruit Orchards, LLC (the "Farm Defendants") in the above-captioned matter.

2. On December 12, 2012, Judge Edward F. Shea, the Judge presiding over the underlying action in the Eastern District of Washington, held a hearing to resolve discovery disputes between the EEOC and the Farm Defendants. Attached hereto as Exhibit 1 are true and correct copies of excerpts of the hearing transcript with highlighting added by counsel for the convenience of the Court.

3. On December 21, 2012, my colleague Beth G. Joffe orally advised Shoney Blake, counsel for the Thai CDC, that the Farm Defendants would no longer entertain the possibility of stipulating to a confidentiality agreement. Ms. Joffe sent a confirming e-mail to Ms. Blake shortly after the telephonic meet and confer. A true and correct copy of Ms. Joffe's December 21 e-mail is attached as Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 26th day of December, 2012.

By: /s/Justo G. Gonzalez
JUSTO G. GONZALEZ (Bar No. 224903)

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of December, 2012, I caused the foregoing Declaration of Justo G. Gonzalez to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Anna Y Park -** anna.park@eeoc.gov
**Derek W Li -** derek.li@eeoc.gov
**Elizabeth Esparza-Cervantes:** elizabeth.esparza-cervantes@eeoc.gov
**Lorena Garcia-Bautista -** Lorena.garcia@eeoc.gov
**Sue J Noh -** sue.noh@eeoc.gov

**Dina Marie Randazzo -** dina.randazzo@lw.com
**Shoney A H Blake -** shoney.blake@lw.com
**Joseph Benedict Farrell -** joe.farrell@lw.com

/s/ Justo G. Gonzalez
Justo G. Gonzalez (Cal Bar No. 224903)
JGG@stokeslaw.com
STOKES LAWRENCE
VELIKANJE MOORE & SHORE
120 N. Naches Avenue
Yakima, Washington 98901-2752
Telephone: (509) 853-3000
Facsimile: (509) 895-0060

Attorney for Defendants