JUSTO G. GONZALEZ (Bar No. 224903)
JGG@stokeslaw.com
STOKES LAWRENCE
VELIKANJE MOORE & SHORE
120 N. Naches Avenue.
Yakima, Washington 98901-2757
Telephone: (509) 853-3000
Facsimile: (509) 895-0060

Attorneys for Defendants
Green Acre Farms, Inc., and Valley Fruit Orchards, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>and<br><br>THAI COMMUNITY DEVELOPMENT CENTER,<br><br>        Plaintiffs,<br><br>    v.<br><br>GLOBAL HORIZONS, INC., D/B/A GLOBAL HORIZONS MANPOWER, INC,; GREEN ACRE FARMS, INC.; VALLEY FRUIT ORCHARDS, LLC; AND DOES 1-10 INCLUSIVE,<br><br>        Defendants. | C.D. Cal. Case No.:<br>CV-12-9241-DDP (JEMx)<br><br>E.D. Wash. Case No.:<br>CV-11-3045-EFS<br><br><s>PROPOSED</s> ORDER REGARDING ENTRY OF PROTECTIVE ORDER AND MODIFICATION OF THIS COURT'S 1/4/13 ORDER<br><br>Hearing:<br>Time:<br>Judge:   Hon. John E. McDermott<br>Room:   C, 8th Floor |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that (1) the
2  protective order previously filed on January 16, 2013 (ECF No. 39-1) is entered;
3  and (2) that the 1/4/13 Order (ECF No. 38) is modified such that Thai CDC is no
4  longer required to verify the EEOC's production of Thai CDC documents in the
5  underlying matter, and instead will produce all relevant correspondence between
6  itself and the EEOC (including ESI) and continue producing relevant documents
7  that were previously provided to the EEOC.
8  DATED this 16th day of April, 2013.

   /s/John E. McDermott
   Hon. John E. McDermott, United States Magistrate Judge

17  46806-007 \ 591097.doc